MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY INDEMNITY COMPANY, as successor     :
to Insurance Company of North America; ACE
PROPERTY & CASUALTY INSURANCE               :
COMPANY (f/k/a CIGNA Property & Casualty
Insurance Company), as successor-in-interest to :
Central national Insurance Company of Omaha, but
only as respects policies issued by it through Cravens, :
Dargan & Company, Pacific Coast; and PACIFIC
EMPLOYERS INSURANCE COMPANY,                :

       Plaintiff,                                  :   Civil Action No.: 07 CV 10712
                                                       Judge Victor Marrero
vs.                                             :

TRANSATLANTIC REINSURANCE COMPANY,          :

       Defendant.                                  :

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED that the defendant Transatlantic Reinsurance Company shall have to and including January 25, 2008 to file and serve its responsive pleading in the above-entitled action.

Dated: New York, New York
       December 28, 2007

By: *Frank M. Esposito* /wk/                      By: *David G. Greene*
    Frank M. Esposito (FE2558)                      David G. Greene (DG4163)

CROWELL & MORING LLP                            LOCKE LORD BISSELL & LIDDELL LLP
153 East 53rd Street                            885 Third Avenue
New York, NY 10022-4611                         New York, NY 10022
Ph: (212) 895-4216 - Fax: (212)223-4134         Ph: (212)812-8338 - Fax (212)812-8368

Attorneys for Plantiffs                         Attorneys for Defendant

SO ORDERED: 1-4-08

*Judge Victor Marrero*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08