UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to Insurance Company of North America; ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA Property & Casualty Insurance Company), as successor-in-interest to Central National Insurance Company of Omaha, but only as respects policies issued by it through Cravens, Dargan & Company, Pacific Coast; and PACIFIC EMPLOYERS INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>TRANSATLANTIC REINSURANCE COMPANY,<br><br>　　　　　Defendant. | 07 CV 10712 (VM)<br>(ECF)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Transatlantic Reinsurance Company (a non-governmental corporate party) by and through its attorneys, Locke Lord Bissell & Liddell LLP, certifies the following information regarding its parent corporation and any publicly held corporation owning 10 percent or more of its stock:

　　　　1.　　Transatlantic Reinsurance Company is a private company and a wholly owned subsidiary of Transatlantic Holdings, Inc.

　　　　2.　　Transatlantic Holdings, Inc. is a publicly-traded company.

　　　　3.　　Approximately 59 percent of the shares of Transatlantic Holdings, Inc. are beneficially owned by American International Group, Inc., a publicly-traded company.

Dated: January 25, 2008

                        LOCKE LORD BISSELL & LIDDELL, LLP

                        By: _____
                             R. James De Rose, III (RD 9660)
                             885 Third Avenue, 26th Floor
                             New York, NY 10022
                             Telephone (212) 812-8329
                             Facsimile (212) 812-8379

                             - and -

                             Mark A. Kreger
                             Kimberly M. Hamm
                             111 South Wacker Drive
                             Chicago, IL 60606
                             Telephone (312) 443-0700
                             Facsimile (312) 443-0336

                             *Attorneys for Transatlantic Reinsurance Company*

NYC 63849v.1