**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CENTURY INDEMNITY COMPANY, as successor
to Insurance Company of North America; ACE
PROPERTY & CASUALTY INSURANCE
COMPANY (f/k/a CIGNA Property & Casualty
Insurance Company), as successor-in-interest to
Central National Insurance Company of Omaha, but
only as respects policies issued by it through Cravens,
Dargan & Company, Pacific Coast; and PACIFIC
EMPLOYERS INSURANCE COMPANY,

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08
```

                Plaintiffs,

vs.

TRANSATLANTIC REINSURANCE COMPANY,

                Defendant.

07 CV 10712 (VM)
(ECF)

**ORDER FOR ADMISSION**
**PRO HAC VICE ON**
**WRITTEN MOTION**

Upon the motion of R. James DeRose, III attorney for Defendant Transatlantic Reinsurance

Company, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

                Mark A. Kreger
                Locke Lord Bissell & Liddell LLP
                111 South Wacker Drive
                Chicago, Illinois 60606
                Phone Number: (312) 443-0700
                Fax Number: (312) 443-0336
                Email Address: mkreger@lockelord.com

is admitted to practice pro hac vice as counsel for Defendant Transatlantic Reinsurance

Company in the above captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 2 , 2008
New York, New York

**Victor Marrero.**
United States District/Magistrate Judge

NYC 64557v.1