UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY INDEMNITY COMPANY, as successor to Insurance Company of North America; ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA Property & Casualty Insurance Company), as successor-in-interest to Central National Insurance Company of Omaha, but only as respects policies issued by it through Cravens, Dargan & Company, Pacific Coast; and PACIFIC EMPLOYERS INSURANCE COMPANY,

        Plaintiffs,

vs.

TRANSATLANTIC REINSURANCE COMPANY,

        Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08

07 CV 10712 (VM)
(ECF)

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

Upon the motion of R. James DeRose, III attorney for Defendant Transatlantic Reinsurance Company, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Kimberly M. Hamm
    Locke Lord Bissell & Liddell LLP
    111 South Wacker Drive
    Chicago, Illinois 60606
    Phone Number: (312) 443-0700
    Fax Number: (312) 443-0336
    Email Address: khamm@lockelord.com

is admitted to practice pro hac vice as counsel for Defendant Transatlantic Reinsurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 27, 2008
New York, New York

                                      Victor Marrero
                      United States District/~~Magistrate~~ Judge

NYC 64557v.1