# Locke Lord Bissell & Liddell LLP

Attorneys & Counselors

April 18, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08

Honorable Victor Marrero
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007-1312

Re: Century Indemnity Co. v. Transatlantic Reinsurance Co.
Case No.: 07-CV-10712

Dear Judge Marrero:

We are in receipt of the Court's Notice of Initial Conference which has been scheduled for May 9, 2008 at 10:30 am. Pursuant to Judge Marrero's individual rule I(F). The undersigned counsel for the defendants, respectfully request that the initial case management conference date be rescheduled. Although we will accept any new date ordered by the Court, we request that the conference be set within 30 days from the original date of May 9. We have conferred with counsel for the plaintiff about this request and the plaintiff has consented to it, provided that the conference is rescheduled to take place within 30 days of the original date.

Please contact the undersigned if you have any questions regarding the above.

Very truly yours,

LOCKE LORD BISSELL & LIDDELL LLP

Mark A. Kreger

MAK/lo

cc: William O'Neill
Paul Alp
Crowell & Moring LLP

Request GRANTED. The initial status conference herein is rescheduled to 6-13-08 at 9:30 a.m.

SO ORDERED.

4-22-08
DATE          VICTOR MARRERO, U.S.D.J.

Atlanta, Austin, Boston, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC

CHI1 1481249v.1