**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to Insurance Company of North America; ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA Property & Casualty Insurance Company), as successor-in-interest to Central National Insurance Company of Omaha, but only as respects policies issued by it through Cravens, Dargan & Company, Pacific Coast; and PACIFIC EMPLOYERS INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRANSATLANTIC REINSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 07-CV-10712 (VM) (ECF)<br><br>**ADMISSION TO PRACTICE**<br>*PRO HAC VICE*<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4-30-08 |

The motion for the admission of Margot L. Green to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Margot L. Green, is permitted to argue or try this particular matter in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms the appearance of Margot L. Green as counsel to defendant in this case, and it will be entered on the Court's docket. A notation of his admission *pro hac vice* for the above listed case will be made on the roll of attorneys. In addition, she must register with Electronic Case Filing in this case.

2

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 30 April 2008

United States District Judge
Victor Marrero