UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY INDEMNITY COMPANY, as successor to Insurance Company of North America; ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA Property & Casualty Insurance Company), as successor-in-interest to Central National Insurance Company of Omaha, but only as respects policies issued by it through Cravens, Dargan & Company, Pacific Coast; and PACIFIC EMPLOYERS INSURANCE COMPANY,

        Plaintiffs,

vs.

TRANSATLANTIC REINSURANCE COMPANY,

        Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08

Civil Action No.: 07 CV 10712 (VM)(ECF)
Judge Victor Marrero

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, that the deadline for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as set forth in the Civil Case Management Plan and Scheduling Order dated June 13, 2008, shall be extended from June 27, 2008 to July 18, 2008.

Dated: June 27, 2008

By: *Paul Alp* (signature)
Paul Alp
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20003
Ph: (202) 624 2500

Attorneys for Plaintiffs

By: _____
Mark A. Kreger
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker
Chicago, Illinois 60606
Ph: (312) 443 0700

Attorneys for Defendant

SO ORDERED: (signature)

VICTOR MARRERO, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY INDEMNITY COMPANY, as successor :
to Insurance Company of North America; ACE
PROPERTY & CASUALTY INSURANCE                  :
COMPANY (f/k/a CIGNA Property & Casualty
Insurance Company), as successor-in-interest to
Central National Insurance Company of Omaha, but :
only as respects policies issued by it through Cravens,
Dargan & Company, Pacific Coast; and PACIFIC
EMPLOYERS INSURANCE COMPANY,                    :

        Plaintiffs,   : Civil Action No.: 07 CV 10712 (VM)(ECF)
                             Judge Victor Marrero

vs.                                              :

TRANSATLANTIC REINSURANCE COMPANY,  :

        Defendant.   :

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, that the deadline for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as set forth in the Civil Case Management Plan and Scheduling Order dated June 13, 2008, shall be extended from June 27, 2008 to July 18, 2008.

Dated: June 27, 2008

By: _____          By: /s/ Mark Kreger
Paul Alp                              Mark A. Kreger
CROWELL & MORING LLP                  LOCKE LORD BISSELL & LIDDELL LLP
1001 Pennsylvania Ave., NW            111 South Wacker
Washington, DC 20003                  Chicago, Illinois 60606
Ph: (202) 624 2500                    Ph: (312) 443 0700

Attorneys for Plaintiffs              Attorneys for Defendant

SO ORDERED: 27 June 2008

VICTOR MARRERO, U.S.D.J.